Tomas A. Guterres, Esq. (State Bar No. 152729)
Chandler A. Parker, Esq. (State Bar No. 277902)
**COLLINS + COLLINS LLP**
790 E. Colorado Boulevard, Suite 600
Pasadena, CA  91101
(626) 243-1100 – FAX (626) 243-1111
Email:  tguterres@ccllp.law
Email:  cparker@ccllp.law

Attorneys for Defendant,
**COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ALEX VILLANUEVA, DEPUTY ROMERO**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMELLE HENDERSON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a municipal corporation; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; SHERIFF ALEX VILLANUEVA, an individual in both his personal and official capacities; DEPUTY ROMERO, an individual in her official capacities; and DOES 1 through 20, all sued in their individual capacities,<br><br>Defendants. | CASE NO. 2:22-cv-00656-RGK-AGR<br><br>*[Assigned to Hon. R. Gary Klausner, Courtroom 850]*<br><br>**NOTICE OF SETTLEMENT OF CASE**<br><br>**Complaint Filed: 01/30/2022** |

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

23672

**PLEASE TAKE NOTICE** Plaintiff **JERMELLE HENDERSON** and Defendants **COUNTY OF LOS ANGELES** ("County"), **LOS ANGELES COUNTY SHERIFF'S DEPARTMENT** ("LASD"), **SHERIFF ALEX VILLANUEVA** (the "Sheriff") and **HIRAUDI LOPEZ-ROMERO** (collectively "Defendants"), by and through their respective counsel of record, are pleased to report that this matter as settled. The settlement and release agreement has been fully executed. The settlement agreement provides that this Court shall retain jurisdiction to enforce its terms. Upon payment of the settlement sum, the parties will be filing a request for dismissal.

The parties request and otherwise stipulate that all future hearing and trial dates may be vacated.

Respectfully submitted,

DATED: December 28, 2022        COLLINS + COLLINS LLP

By: _____
TOMAS A. GUTERRES
CHANDLER A. PARKER
**Attorneys for Defendants**

DATED: December 28, 2022        MOSLEY & ASSOCIATES

By: _____
WALTER MOSLEY
NATHALIE MEZA CONTRERAS
**Attorneys for Plaintiff**

COLLINS + COLLINS LLP
790 E. Colorado Boulevard
Suite 600
Pasadena, CA 91101
Phone (626) 243-1100
Fax   (626) 243-1111

23672

2
NOTICE OF SETTLEMENT OF CASE

## ELECTRONIC SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, I, Chandler A. Parker, Esq., attest that all other signatories listed and on whose behalf of the filing is submitted, concur in the content, and have authorized the filing.

DATED: December 28, 2022          COLLINS + COLLINS LLP

By: _____
TOMAS A. GUTERRES
CHANDLER A. PARKER
**Attorneys for Defendants**

23672

3

NOTICE OF SETTLEMENT OF CASE

COLLINS + COLLINS LLP
790 E. Colorado Boulevard
Suite 600
Pasadena, CA 91101
Phone (626) 243-1100
Fax    (626) 243-1111