JS6

Tomas A. Guterres, Esq. (State Bar No. 152729)
Chandler A. Parker, Esq. (State Bar No. 277902)
COLLINS + COLLINS LLP
790 E. Colorado Boulevard, Suite 600
Pasadena, CA 91101
(626) 243-1100 – FAX (626) 243-1111
Email: tguterres@ccllp.law
Email: cparker@ccllp.law

Attorneys for Defendant,
COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ALEX VILLANUEVA, DEPUTY ROMERO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMELLE HENDERSON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a municipal corporation; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; SHERIFF ALEX VILLANUEVA, an individual in both his personal and official capacities; DEPUTY ROMERO, an individual in her official capacities; and DOES 1 through 20, all sued in their individual capacities,<br><br>Defendants. | CASE NO. 2:22-cv-00656-RGK-AGR<br><br>*[Assigned to Hon. R. Gary Klausner, Courtroom 850]*<br><br>[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [29]<br><br>**Complaint Filed:** 01/30/2022 |

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

23672

1

Upon review and consideration of the Stipulation for Dismissal of Entire Action, this entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: 1/10/2023

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

COLLINS + COLLINS LLP
790 E. Colorado Boulevard
Suite 600
Pasadena, CA 91101
Phone (626) 243-1100
Fax (626) 243-1111

23672

2

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE